## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PETE TRE COFFEY,<br><br>Defendant. | MJ 21-68-GF-BMM<br><br>(1:20-cr-00133-DLH)<br><br>ORDER FOR TRANSFER TO<br>DISTRICT OF OFFENSE |

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the District of North Dakota, where the original charging documents were filed.

DATED this _4th_ day of October, 2021.

Brian Morris, Chief Judge
United States District Court